UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTHOINE DESHAW ODOM,

        Petitioner,                      Case No. 1:18-cv-1199

v.                                          Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS PAROLE BOARD,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.


Dated:  December 21, 2018                /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge